Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No.  7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Corey Fisher*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY FISHER,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>DATAX, LTD.<br><br>　　　　　　Defendant(s). | Case No.: 2:22-cv-01657-GMN-EJY<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DATAX, LTD., WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Corey Fisher ("Plaintiff") and Defendant DataX, Ltd. ("DataX"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against DataX are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on July 28, 2023.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Gia N. Marina* |
| David H. Krieger, Esq. | Gia N. Marina, Esq. |
| Shawn W. Miller, Esq. | CLARK HILL |
| KRIEGER LAW GROUP, LLC | 1700 S. Pavilion Center Drive, |
| 5502 S. Fort Apache Road, | Suite 500 |
| Suite 200 | Las Vegas, NV 89135 |
| Las Vegas, Nevada 89148 | Attorneys for Defendant, |
| Attorneys for Plaintiff, | ***DataX, Ltd.*** |
| ***Corey Fisher*** | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 28, 2023